UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BRITTANY STANLEY,** | § § § | |
| **PLAINTIFF** | § § § § | |
| v. | § § § | CA 4:24-cv-4066 |
| **OCEAN GATE INVESTMENTS LLC, MAGNOLIA HOSPITALITY GROUP, LLC, HIGHROCK HOSPITALITY, LLC & TERRY F. HIX, JR., INDIVIDUALLY,** | § § § § § § | |
| **DEFENDANTS** | § § | |

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Plaintiff Brittany Stanley certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Brittany Stanley
Harris County, Texas
Plaintiff

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

Respectfully submitted,

*/s/  Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**