UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BRITTANY STANLEY,** | § § § § § § § § § § § § § § § | |
| **PLAINTIFF** | | |
| v. | | CA 4:24-cv-4066 |
| **OCEAN GATE INVESTMENTS LLC, MAGNOLIA HOSPITALITY GROUP, LLC, HIGHROCK HOSPITALITY, LLC & TERRY F. HIX, JR., INDIVIDUALLY,** | | |
| **DEFENDANTS** | | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Brittany Stanley ("Plaintiff") files this Notice of Dismissal With Prejudice regarding Plaintiff's claims against Defendants Ocean Gate Investments, LLC, Magnolia Hospitality Group, LLC, Highrock Hospitality, LLC and Terry F. Hix, Jr., individually, ("Defendants") pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(i).

As Defendants have not yet filed an Answer or a Motion for Summary Judgment, this Notice of Dismissal with Prejudice is timely.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Brittany Stanley hereby gives her Notice of Dismissal with Prejudice and without the requirement of a Court Order.

Respectfully submitted,


/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically filed through the CM/ECF system on June 16, 2025.


/s/ Douglas B. Welmaker
Douglas B. Welmaker